IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL BRANDON ADAMS )
)
v. ) NO. 3-14-0020
) JUDGE CAMPBELL
JASON WOODALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 114), to which no Objections have been filed. Plaintiff has filed a Motion for Enlargement of Time to file Objections to this Report and Recommendation (Docket No. 119). Plaintiff's Motion for Enlargement of Time is DENIED.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 80) is DENIED.[1] Plaintiff is not entitled to preliminary injunctive relief under the circumstances of this case.

There is another Report and Recommendation pending in this case (Docket No. 116). The Court will give Plaintiff additional time to respond to that Report and Recommendation. Plaintiff shall file any Objections to that Report and Recommendation by March 31, 2015. Defendants shall have until April 17, 2015, to file any Response to Plaintiff's Objections.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum (Docket No. 87) has already been denied by the Magistrate Judge (Docket No. 88).