IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL BRANDON ADAMS )
)
v. ) NO. 3-14-0020
) JUDGE CAMPBELL
JASON WOODALL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 116), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion to Dismiss or Hold in Abeyance Defendants' Motion (Docket No. 111) is DENIED. Defendants' Motion to Dismiss or for Summary Judgment (Docket No. 104) is GRANTED, and this action is DISMISSED with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file. This dismissal shall count as a strike under 28 U.S.C. § 1915(g) for failure to state a claim, and any appeal shall not be certified as taken in good faith under 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE